THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE CITY OF TACOMA, a municipal corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>GREAT AMERICAN INSURANCE COMPANIES, an Ohio corporation, et al.,<br><br>　　　　　　　　Defendants. | NO. C97-5504 RJB<br><br>STIPULATION AND ORDER<br><br>NOTE ON MOTION CALENDAR:<br>JUNE 28, 2005 |

　　　　COMES NOW Plaintiff, the City of Tacoma, and Defendant, Great American Insurance Companies, through their attorneys, and hereby stipulate that Plaintiff's Motion to Strike Defendant's Reply dated June 13, 2005, shall be stricken, and Plaintiff may file a Surreply Brief of no more than three pages by July 15, 2005.

*Stipulated and agreed to by:*

/ s / Timothy J. Whitters
Timothy J. Whitters, WSBA No. 08660
twhitters@gth-law.com
Bradley A. Maxa, WSBA No. 15198
bmaxa@gth-law.com
GORDON, THOMAS, HONEYWELL,
　MALANCA, PETERSON & DAHEIM LLP
Attorneys for Plaintiff

STIPULATION and ORDER - 1 of 2
(C97-5504 RJB)
[city.tac.stip.ord.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

*Approved as to form by:*

<u>/ s / *per email agreement*</u>
Jennifer L. Gates, OSB No. 05057
ABBOTT & PRANGE, P.C.
Attorneys for Defendant Great American
Insurance Companies

## **ORDER**

THIS MATTER having come before the Court pursuant to the above Stipulation it is hereby

ORDERED, ADJUDGED and DECREED Plaintiff's Motion to Strike Defendant's Reply Brief is stricken, and Plaintiff may file a Sur Reply Brief on or before July 15, 2005.

SO ORDERED this 29th day of June, 2005.

<u>*[signature: Robert J. Bryan]*</u>
ROBERT J. BRYAN
United States District Judge

STIPULATION and ORDER - 2 of 2
(C97-5504 RJB)
[city.tac.stip.ord.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575